### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LLOYD R. HAMMEL,** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| vs. ) | Case No. 06-40-GPM |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant(s).** ) | |

### JUDGMENT

**DECISION BY THE COURT:**

This matter came before the court on the motion to dismiss for lack of jurisdiction filed by defendant, **UNITED STATES OF AMERICA.** Arguments were heard on May 1, 2006, and the Court GRANTED defendant's motion.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant, **UNITED STATES OF AMERICA,** and against plaintiff, **LLOYD R. HAMMEL**, and this cause of action is **DISMISSED with prejudice**. Each party shall bear their own costs.

Dated: May 1, 2006

NORBERT G. JAWORKSI, Clerk of Court

By: s/Linda M. Cook
  Deputy Clerk

Approved by:

 s/G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**